## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENESIS ALKALI WYOMING, LP, <br><br> Plaintiff <br><br> v. <br><br> CINER RESOURCES LP, et al., <br><br> Defendants. | C.A. No. 18-cv-1879-LPS-JLH <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER STAYING CASE

The parties, subject to the Court's approval, hereby agree to stay this action pending completion of the settlement resolving this case.

Dated: December 9, 2020                               Respectfully submitted,

FARNAN LLP                                            POTTER ANDERSON &CORROON LLP

*/s/ Michael J. Farnan*                               /s/ Alan R. Silverstein
Brian E. Farnan (Bar No. 4089)                        David E. Moore (#3983)
Michael J. Farnan (Bar No. 5165)                      Alan R. Silverstein (#5066)
919 North Market Street, 12th Floor                   Hercules Plaza, 6th Floor
Wilmington, DE 19801                                  1313 N. Market Street
Telephone: 302-777-0300                               Wilmington, DE 19801
Facsimile:  302-777-0301                              Tel: (302) 984-6000
bfarnan@farnanlaw.com                                 dmoore@potteranderson.com
mfarnan@farnanlaw.com                                 asilverstein@potteranderson.com

*Attorneys for Plaintiff*                             *Attorneys for Defendants*


**IT IS SO ORDERED** this _____ day of December, 2020

_____
The Honorable Leonard P. Stark