IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENESIS ALKALI WYOMING, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 18-1879-LPS-JLH |
| v. | ) | |
| | ) | |
| CINER RESOURCES LP, CINER IC VE DIS | ) | |
| TICARET A.S., ETI SODA URETIM | ) | |
| PAZARLAMA NAKLIYAT VE ELEKTRIK | ) | |
| URETIM SANAYI VE TICARET A.S., and | ) | |
| KAZAN SODA ELEKTRIK URETIM A.S., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Genesis Alkali Wyoming, LP ("Genesis") and Defendants Ciner Resources LP, Ciner Ic ve Dis Ticaret A.S., Eti Soda Uretim Pazarlama Nakliyat ve Elektrik Uretim Sanayi ve Ticaret A.S., and Kazan Soda Elektrik Uretim A.S. (collectively, "Ciner"), by and through their undersigned counsel, stipulate that they have reached final agreement on settlement of the claims made in this action and all other claims or counterclaims that might have been brought relating to U.S. Patent No. 6,589,497 ("the '497 Patent") and, based upon the agreement, consent and approval of the parties, further stipulate as follows:

1. This Court has personal jurisdiction over Genesis and, for the purposes of this stipulation, Ciner with respect to this action. This Court also has jurisdiction over the subject matter of this action.

2. This action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4.     The Court shall retain jurisdiction over this matter to ensure that the terms and conditions of the parties' settlement agreement are honored and enforced.

AGREED TO AND ACCEPTED BY:


Dated: January 21, 2021

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Martin J. Black (admitted *pro hac vice*)
Joseph J. Gribbin (admitted *pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, Pennsylvania 19104
(215) 994-2000
martin.black@dechert.com
joseph.gribbin@dechert.com

*Attorneys for Plaintiff Genesis Alkali Wyoming, LP*

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

/s/ Alan R. Silverstein
David E. Moore (#3983)
Alan R. Silverstein (#5066)
Tracey Timlin (#6166)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
asilverstein@potteranderson.com
ttimlin@potteranderson.com

OF COUNSEL:

Jeffrey S. Ginsberg
Andrew D. Cohen
Joshua R. Stein
Emma Ellman-Golan
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
jginsberg@pbwt.com
acohen@pbwt.com
jstein@pbwt.com
eellmangolan@pbwt.com

*Attorneys for Defendants*