IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENESIS ALKALI WYOMING, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 18-1879-LPS-JLH |
| v. | ) |
| | ) |
| CINER RESOURCES LP, CINER IC VE DIS TICARET A.S., ETI SODA URETIM PAZARLAMA NAKLIYAT VE ELEKTRIK URETIM SANAYI VE TICARET A.S., and KAZAN SODA ELEKTRIK URETIM A.S., | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between Plaintiff Genesis Alkali Wyoming, LP ("Genesis") and Defendants Ciner Resources LP, Ciner Ic ve Dis Ticaret A.S., Eti Soda Uretim Pazarlama Nakliyat ve Elektrik Uretim Sanayi ve Ticaret A.S., and Kazan Soda Elektrik Uretim A.S. (collectively, "Ciner"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Genesis and, for the purposes of this Order, Ciner with respect to this action, and has jurisdiction over the subject matter of this action.

2. This action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. The Court shall retain jurisdiction over this matter to ensure that the terms and conditions of the parties' settlement agreement are honored and enforced.

Date: _____

                                        The Honorable Leonard P. Stark